UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN MORALES-PONCE,<br><br>Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO, INC., MICHAEL ROGER CARMACK, INTERSTATE EQUIPMENT LEASING,<br><br>Defendants. | Case No. 3:10-cv-00717-ECR-RAM<br><br>ORDER |

On May 12, 2011, Defendants filed an Amended Motion to Dismiss (#23) pursuant to Fed.R.Civ.P. 12(b)(3) on the grounds of improper venue. Plaintiff concedes that venue is not proper in the District of Nevada but requests that instead of dismissing the action that the Court transfer the case to the District of Arizona. Defendants do not stipulate to transfer. It appears that the interests of justice call for a transfer of the action to the District of Arizona rather than a dismissal of the case.

Therefore, IT IS HEREBY ORDERED that this action is transferred to the District of Arizona.

The Amended Motion to Dismiss (#23) filed May 12, 2011 is DENIED as moot in light of the transfer of this case to the District of Arizona.

1 | The Motion to Dismiss (#6) filed March 31, 2011 to dismiss the original
2 | complaint in this action is DENIED as moot in light of the filing of the amended
3 | complaint (#9) filed on April 21, 2011.
4 | Dated this 4th day of August 2011.

*/s/ Edward C. Reed*
EDWARD C. REED, JR.
United States District Judge